## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYANN KIBARIAN,<br>4701 Willard Avenue, Apt. 834<br>Chevy Chase, Maryland, 20815 | *<br><br>* | Civil Case No.: _____ |
| *Plaintiff*, | * | Formerly Case No. 485903–V<br>Circuit Court for Montgomery County, MD |
| v. | * | |
| SAFEWAY, INC.,<br>5918 Stoneridge Mall Road<br>Pleasonston, California, 94588 | *<br><br>* | |
| *Defendant*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF REMOVAL

Defendant, Safeway, Inc. ("Defendant"), by and through its undersigned attorneys, Justin M. Cuniff, Matthew T. Healy, and KIERNAN TREBACH, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### NATURE OF PLAINTIFF'S CLAIM

1. On or about June 1, 2021, Plaintiff Maryann Kibarian ("Plaintiff"), through counsel, commenced this action against Defendant by filing a Complaint in the Circuit Court for Montgomery County, Maryland, under Case No. 485903–V ("the State Court Action"). In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process documents, pleadings, and orders served in the Circuit Court for Montgomery County, Maryland as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff, on September 29, 2018, was a business invitee of Defendant's grocery store located at 0104 River Road in Potomac, Maryland, and that she was

allegedly struck by a commercial stock/inventory cart that was being operated by one of Defendant's employees and or agents while she was standing in said store's refrigerated meat section.

3. The Complaint asserts a single count of negligence against Defendant.

## PROCEDURAL POSTURE

4. On or about June 1, 2021, this action was initiated by Plaintiff.

5. On or about June 8, 2021, Defendant was served with the Complaint through its resident agent via process server.

6. On or about July 6, 2021, Defendant filed its Answer and Affirmative Defenses in the State Court Action.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B).

## PARTIES

8. According to Plaintiff's Complaint, Plaintiff is an individual residing in the State of Maryland. Therefore, pursuant to 28 U.S.C. § 1332(a)(1), for diversity purposes, Plaintiff is a citizen of the State of Maryland.

9. Defendant Safeway, Inc., is a Delaware corporation with its principal place of business in Oakland, California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Defendant is a citizen of Delaware and California.

## JURISDICTION AND VENUE

10. This action is a civil action that falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

11.     This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. §1332(a). Section 1332(a) states, in pertinent part, as follows:

> a) The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between
>
> 1.     citizens of different States....

12.     Plaintiff is a citizen of Maryland and Defendant is a citizen of Delaware and California.

13.     Plaintiff's Complaint seeks compensatory damages in excess of $75,000.00, exclusive of interest and costs.

14.     Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

15.     Venue is proper because this district encompasses the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

16.     Pursuant to 28 U.S.C. §1446(d), a Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Montgomery County, Maryland, and served on Plaintiff's counsel of record. A copy of the Notice of Filing of Notice of Removal, without exhibits, is attached hereto as **Exhibit B**.

17.     No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Safeway, Inc., respectfully requests that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court for the District of Maryland.

Dated: July 6, 2021

Respectfully submitted,

KIERNAN TREBACH, LLP

By: _____
Justin M. Cuniff (Bar No. 16689)
Matthew T. Healy (Bar No. 20999)
One Park Place, Suite 425
Annapolis, Maryland, 21401
Telephone:   443–263–2800
Facsimile:    443–263–2935
jcuniff@kiernantrebach.com
mhealy@kiernantrebach.com
***Counsel for Defendant Safeway, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2021, a copy of Defendant Safeway Inc.'s, foregoing Notice of Removal was filed with the Clerk of Court using the CM/ECF system, which will send a notification of filing to:

Allia Borowski, Esq.
Edward Norwind, Esq.
Ronald Karp, Esq.
KARP, WIGODSKY, NORWIND, KUDEL & GOLD, P.A.
2273 Research Boulevard
Suite 200
Rockville, Maryland, 20850

_____
Matthew T. Healy, Esq.

4