# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

MARYANN KIBARIAN
4701 Willard Avenue, Apt 834
Chevy Chase, MD 20815

        Plaintiff,

vs.

SAFEWAY, INC.
4th and Jackson Streets
Oakland, CA 94660

Serve On:
The Corporation Trust, Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

        Defendant.

Civil Action No.: 485903V

RECEIVED

JUN 01 2021

Clerk of the Circuit Court
Montgomery County, Md.

## COMPLAINT
(Personal Injury- Negligence)

COMES NOW the Plaintiff, Maryann Kibarian, by and through her counsel, Allia Borowski, Lee Norwind, Ronald Karp, and the law firm of Karp, Wigodsky, Norwind, Kudel & Gold P.A., and states the following as her cause of action against Defendant Safeway, Inc.:

1.     This Court has jurisdiction over this matter because the incident giving rise to this cause of action (hereinafter referred to as "the incident") occurred in the State of Maryland. This Court has jurisdiction over the Defendant

1


EXHIBIT A

Safeway, Inc. (hereinafter referred to as "Safeway") pursuant to Maryland Code § 6-103(b)(1) and/or § 6-103(b)(2), § 6-103(b)(3), and § 6-103(b)(5) because the Defendant: (1) caused tortious injury in Maryland by an act or omission in Maryland; and/or (2) transacted business in Maryland; and/or (3) had an interest in, used, or possessed real property in Maryland; and/or (4) contracted to supply goods and food in Maryland.

2. Venue is proper because the incident occurred in Montgomery County, Maryland.

3. Maryann Kibarian (hereinafter referred to as "Ms. Kibarian") is an adult resident of the State of Maryland.

4. Upon information and belief, Defendant Safeway, Inc. (hereinafter referred to as "Safeway") is a foreign corporation formed in and existing under the laws of the State of Delaware with its principal place of business in the State of California. Safeway is an American supermarket chain that owns and operates grocery stores both nationally and internationally, including grocery stores in the State of Maryland under the name of "Safeway."

5. At all relevant times, Safeway owned and/or operated a "Safeway" grocery store located at 0104 River Road in Potomac, Maryland (hereinafter referred to as "the Safeway store").

6. At all relevant times, Ms. Kibarian was a business invitee and a customer of the Safeway store.

7. At all relevant times, Ms. Kibarian was lawfully on the premises of the Safeway store at the express or implied invitation of Safeway.

8. On or about September 29, 2018, in approximately the early afternoon, Ms. Kibarian was shopping at the Safeway store at the invitation of Safeway.

9. At that place and time, Ms. Kibarian was standing in the refrigerated meat section of the store, and was focused on picking out steaks from the meat display case.

10. At that place and time, an employee or agent of Safeway (hereinafter referred to as "the negligent employee") was pushing a large commercial stock/inventory cart that was approximately 7 feet tall and was constructed of solid surfaces (hereinafter referred to as "the cart"), and was approaching Ms. Kibarian from her right side.

11. Suddenly and without warning, the negligent employee violently struck Ms. Kibarian on the right side of her body with the cart, knocking her down to the floor where she lay writhing in pain.

12. The negligent employee failed to stop or render aid to Ms. Kibarian who had been injured and was in distress on the ground. Instead, the negligent employee left the area without regard for Ms. Kibarian, who remained stricken on the floor for some time thereafter.

13. At all relevant times, the negligent employee was acting as an agent, servant, and/or employee of Safeway, and was performing tasks in the

scope of her employment or agency with Safeway, and furthering Safeway's business.

14. As a direct and proximate result of the incident, Ms. Kibarian suffered traumatic and permanent injuries including but not limited to: right shoulder rotator cuff syndrome, right biceps tendinitis, and right shoulder strain; right elbow epicondylitis; cervical radiculopathy, cervicalgia, and cervical spondylosis; lumbar spondylosis, lumbar radiculopathy, lumbar strain, and lumbago; right hip pain; and an aggravation to her pre-existing right knee arthritis, synovitis, and bursitis. She has incurred and/or will in the future incur medical, hospital, therapy, surgical and other expenses for the treatment of her injuries. Ms. Kibarian has suffered, and will in the future suffer pain, permanent injury and disability, mental anguish, and inconvenience. Ms. Kibarian has been damaged in other ways.

15. At all relevant times, Safeway owed a duty to Ms. Kibarian, a business invitee and a person lawfully on the premises, to use reasonable or ordinary care to properly train and supervise its employees, including the negligent employee, to fulfill their duties with due care, and to avoid injuring customers such as Ms. Kibarian.

16. At all relevant times, Safeway owed a duty to Ms. Kibarian, a business invitee and a person lawfully on the premises, to use reasonable or ordinary care to properly train and supervise its employees, including the negligent employee, to operate the cart in a safe, reasonable, and prudent

4

manner, and to ensure that no persons, including customers and business invitees such as Ms. Kibarian, are standing in the direct path of the cart while moving the cart throughout the store.

17. The incident in question and all of Ms. Kibarian's resulting injuries and damages were caused by the negligence of Safeway, acting through its employees or agents or both. Safeway violated its duties owed to Ms. Kibarian by negligently: **a)** striking Ms. Kibarian with a moving cart; **b)** failing to use reasonable or ordinary care to avoid injuring Ms. Kibarian; **c)** failing to ensure that no persons, including customers and business invitees such as Ms. Kibarian, were standing in the direct path of the cart while moving the cart throughout the store; and **d)** failing to properly train and/or supervise the negligent employee, and to prevent the negligent employee from striking Ms. Kibarian with the cart, in violation of statutes, regulations and rules in effect at the time in the State of Maryland.

18. Safeway also negligently hired, trained, supervised and/or retained the negligent employee.

19. Safeway was negligent in other ways.

20. The negligent conduct of Safeway made it likely that serious harm would result to persons lawfully at the Safeway store, such as Ms. Kibarian.

21. Ms. Kibarian was neither contributorily negligent nor did she assume the risk of her injuries.

5

22. As a direct and proximate result of the aforesaid negligence, Ms. Kibarian suffered the damages identified in paragraph 14 of this Complaint.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Maryann Kibarian demands judgment against Defendant Safeway, Inc. in an amount exceeding $75,000, plus interest and costs.

Respectfully submitted,

**KARP, WIGODSKY, NORWIND, KUDEL & GOLD, P.A.**

*/s/ Allia Borowski*

Allia Borowski, Esq.
Edward Norwind, Esq.
Ronald Karp, Esq.
2273 Research Blvd., Suite 200
Rockville, MD 20850
P (301) 948-3800 | F (301) 948-5449
allia@karplawfirm.net
lnorwind@karplawfirm.net
rkarp@karplawfirm.net
*Counsel for Plaintiff, Maryann Kibarian*

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable.

*/s/ Allia Borowski*
Allia Borowski